43 A.3d 443

IN THE MATTER OF JOSEPH C. LANE, AN ATTORNEY AT LAW.

May 29, 2012.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent of

**JOSEPH C. LANE** of **MANASQUAN,** who was admitted to the bar of this State in 1992;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a) (gross neglect) and *RPC* 1.3 (lack of diligence);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a) and *RPC* 1.3, and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent in DRB 11–184 (District Docket No. XIV–02010–0314E);

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **JOSEPH C. LANE** of **MANASQUAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.